# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ALAN EUGENE ADDISON, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-138 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:15-cr-8) |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7, to which Movant Alan Addison ("Addison") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Addison's Motion to Vacate, Set Aside, or Correct his Sentence, **DENIES** Addison *in forma pauperis* status on appeal and a Certificate of Appealability, and **DIRECTS** the Clerk of Court to **CLOSE** this case

AO 72A
(Rev. 8/82)

and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ____3____ day of ____April____, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA